# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| TIMOTHY DENVER GUMM, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 5:15-CV-41 (MTT) |
| Warden BRUCE CHATMAN, *et al.*, | ) |
| Defendants. | ) |

## ORDER

Waseem Daker has moved to intervene in this case. Doc. 80. United States Magistrate Judge Charles H. Weigle recommends denying Daker's motion because (1) the PLRA prohibits Daker from using intervention to bypass the "three strikes" provision of the PLRA; and in the alternative (2) Daker does not have a right to intervene; and (3) Daker is not entitled to permissive intervention. Doc. 100. The Plaintiff has objected to the Recommendation. Doc. 101. Pursuant to 28 U.S.C. § 636(b)(1), the Court has reviewed Daker's objection and has made a de novo determination of the portions of the Recommendation to which Daker objects. The Court has reviewed the Recommendation, and the Court accepts the findings, conclusions, and recommendations of the Magistrate Judge. The Recommendation (Doc. 100) is **ADOPTED** and made the Order of this Court. Accordingly, Daker's motion to intervene (Doc. 80) is **DENIED**.

**SO ORDERED**, this 15th day of September, 2017.

S/ Marc T. Treadwell
MARC T. TREADWELL
UNITED STATES DISTRICT COURT