### IN THE UNITED STATES DISTRICT COURT
### FOR THE MIDDLE DISTRICT OF GEORGIA
### MACON DIVISION

TIMOTHY GUMM,

                    Plaintiff,

    v.

ERIC SELLERS, *et al.*,

                  Defendants.

Case No. 5:15-CV-41-MTT-CHW

### MOTION TO FILE EXPERT REPORT UNDER SEAL

Pursuant to the CM/ECF Administrative Rules and this Court's orders (Doc. 121 and Doc. 114), Plaintiff Timothy Gumm respectfully moves the Court for permission to file under seal an unredacted version of the expert report of Dr. Craig Haney.  Dr. Haney's report contains photographs of the Special Management Unit ("SMU"), *see* Doc. 114 at 2 (requiring photographs of the SMU to be filed under seal, absent agreement of the parties or an order of the court), and prisoners' protected health information, *see* Doc. 121 at 9 (requiring documents containing certain protected health information to be filed under seal).  A PDF copy of the report will be emailed to the Court.

Respectfully submitted, May 14, 2018.

| | /s/ Sarah Geraghty |
|---|---|
| C. Allen Garrett Jr. | Sarah Geraghty |
| Ga. Bar No. 286335 | Ga. Bar No. 291393 |
| Tamara Serwer Caldas | Ryan Primerano |
| Ga. Bar. No. 617053 | Ga. Bar No. 404962 |
| James F. Bogan III | Aaron Littman |
| Ga. Bar No. 065220 | Ga. Bar No. 843053 |

Chris W. Haaf
N.C. Bar No. 46077
KILPATRICK TOWNSEND &
  STOCKTON LLP
1100 Peachtree St., Suite 2800
Atlanta, Georgia 30309-4530
Telephone: (404) 815-6500
Facsimile: (404) 815-6555
agarrett@ktslaw.com
tcaldas@ktslaw.com
jbogan@ktslaw.com
chaaf@ktslaw.com

SOUTHERN CENTER
  FOR HUMAN RIGHTS
83 Poplar Street, NW
Atlanta, Georgia 30303
Telephone: (404) 688-1202
Facsimile: (404) 688-9440
sgeraghty@schr.org
rprimerano@schr.org

*Attorneys for Plaintiff Timothy Gumm*

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on May 14, 2018, all counsel of record who consented to electronic service are being served with a copy of this document via the Court's CM/ECF system.

<u>  /s/ Sarah Geraghty  </u>
Attorney for Plaintiff