

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION
AT MACON, GEORGIA
**MINUTE SHEET: STATUS CONFERENCE**

Date:   May 30, 2018                          Court Time for MJSTAR:/JS10:  45 minutes

Judge:  CHARLES H. WEIGLE                     Court Reporter:  FTR Gold

Courtroom Deputy:  Cheryl M. Alston           Interpreter:

Case Number:  5:15-CV-00041-MTT-CHW

TIMOTHY DENVER GUMM                           Counsel: Sarah E. Geraghty,
                                                       Ryan Primerano,
v.                                                     C. Allen Garrett, Jr.

RICK JACOBS, et al.,                          Counsel: Elizabeth M. Crowder,
                                                       Susan E. Teaster

*DISCLAIMER:  CONTENTS OF THIS MINUTE SHEET ARE FOR ADMINISTRATIVE PURPOSES ONLY AND ARE NOT MEANT AS A SUBSTITUTION FOR THE   OFFICIAL COURT RECORD.  ATTORNEYS SHOULD CONTACT THE COURT REPORTER AND ORDER A TRANSCRIPT IF THERE ARE ANY QUESTIONS AS TO THE CONTENTS HEREIN.*

- Judge called calendar.
- Participants identified.
- Defendant and the above listed attorneys were present.
- Judge would like to discuss scheduling issues, Prof Haney's report, and a plan for the end game to be within the next few months, the amended complaint filed adding Mr. Watkins and Mr. Brown, and how to deal with the class certification issue.  It is coming up to three (3) years this case has been pending.
- Judge set the following deadlines:
- 06/11   answer to amended complaint
- 06/22   scheduling of settlement conference
- 07/06   filing motion or preliminary motion for failure to reach agreement
- 07/30   discovery completion
- 07/30   motion for class certification
- 08/31   response to motion for class certification
- 09/10   dispositive motions
- 09/14   reply to motion for class certification
- Defense advises they have no expert
- Plaintiff made oral motion to file redacted version of Prof Haney's report
- Objections to the oral motion to file redacted version of report
- Reply to the oral motion to file redacted version of report
- Written order outlining above dates to follow
- Status Conference scheduled for 07/06/2018 at 10:00 a.m.
- Court adjourned.