**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | | |
|---|---|---|
| **TIMOTHY GUMM,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| v. | : | |
| | : | **No. 5:15-cv-00041 (MTT)-CHW** |
| **ERIC SELLERS,** *et. al.*, | : | |
| | : | |
| **Defendants.** | : | |
| _____ | : | |

## SCHEDULING ORDER

On May 30, 2018, the parties appeared before the Court for a conference to discuss the status of discovery and to set a schedule for resolving the remaining matters in the case. Pursuant to the decisions reached during that status conference, the Clerk of Court is **DIRECTED** to update the docket of the case to reflect the following:

1. Defendants' Motion for Extension (Doc. 145) is **GRANTED,** so that Defendants may have until **June 11, 2018**, in which to file an answer to Plaintiff's Third Amended Complaint (Doc. 140).

2. The Parties are **ORDERED** to meet for a Settlement Conference by **June 22, 2018.** Defendants must have officials with decision-making authority for the Department of Corrections physically present at the Settlement Conference or directly accessible by other reasonable means of communication.

3. Plaintiff shall have until **July 6, 2018**, to file a motion for preliminary injunction and brief in support. Defendants will have **21 days** in which to file a response, and Plaintiff will have **14 days** in which to file a reply.

4.  A follow-up status conference is scheduled for **July 6, 2018**, at 10:00 A.M., at the William A Bootle Federal Building and Courthouse.

5.  Defendants' Unopposed Motion for Extension of Discovery (Doc. 144) is **GRANTED,** extending the discovery period through **July 30, 2018.**

6.  Plaintiff's Motion for Class Certification (Doc. 76) has been held in abeyance since April 7, 2017. Doc. 87. Plaintiff will have until **July 30, 2018**, to file a renewed Motion for Class Certification. Defendants may file a response on or before **August 31, 2018**, and Plaintiff will have until **September 14, 2018,** to file a reply.

    a.  A briefing schedule regarding any possible dispositive motions will be considered by the Court after the Motion for Class Certification has been fully addressed.

7.  Plaintiff orally moved the Court for permission to File the Redacted Expert Report. Defendants objected and requested the opportunity to brief the Court on their objections. Defendants will have **14 days** from the date of this Order to file their objections to Plaintiff's Motion or to file a protective order. Plaintiff will have **7 days** to file any response to Defendants' objections.

**SO ORDERED**, this 30th day of May, 2018.


                              s/ Charles H. Weigle
                              Charles H. Weigle
                              United States Magistrate Judge