# EXHIBIT 1

## Expert Report of Dr. Craig Haney

**\*\*\*FILED UNDER SEAL\*\*\***

(*See* Doc. 142)