IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| TIMOTHY GUMM, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 5:15-cv-41 (MTT) |
| | ) |
| RICK JACOBS, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## ORDER

On January 17, 2019, the Court granted the parties' joint motion for preliminary approval of class action settlement. Doc. 210. The Order granting that motion noted that a fairness hearing is set for April 30, 2019, at which time the Court will hear any objections and comments raised by class members. *Id*. at 18. The Order also noted that if the settlement is approved, the Court will certify a settlement class, and all claims for injunctive and declaratory relief will be resolved. *Id*. at 1-3.

Final approval of the settlement would also moot the Plaintiffs' pending motion for a preliminary injunction (Doc. 154) and the Plaintiffs' pending amended motion to certify class (Doc. 161). Because the proposed settlement would moot both motions, they are **DENIED** without prejudice. In the event the settlement agreement is not approved, the Plaintiffs may reinstate those motions by providing notice.

**SO ORDERED**, this 5th day of February, 2019.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT