IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| TIMOTHY GUMM, et al, | * |
| Plaintiffs, | * |
| v. | Case No.   5:15-cv-41-MTT |
| | * |
| RICK JACOBS, et al, | |
| | * |
| Defendants. | |
| _____ | * |

## **J U D G M E N T**

Pursuant to the Order of this Court filed July 30, 2019, and for the reasons stated therein, JUDGMENT is hereby entered awarding Plaintiffs attorneys' fees in the amount of $425,000.00. This amount shall accrue interest from the date of entry of judgment at the rate of 1.98% per annum until paid in full.

This 30th day of July, 2019.

David W. Bunt, Clerk

s/ Gail G. Sellers, Deputy Clerk