## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## MACON DIVISION

|  |  |  |
|---|---|---|
| TIMOTHY GUMM, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | CIVIL ACTION |
| v. | ) | |
| | ) | NO. 5:15-CV-41-MTT-CHW |
| BENJAMIN FORD, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

This matter is before the Court on Defendants' motion for leave to file under seal Exhibits F and G in support of their Response to Plaintiff's Motion for Order to Show Cause. Having considered the applicable law and facts, and for good cause shown, the motion is **GRANTED**. The Clerk is directed to file under seal Exhibits F and G to Defendants' Response to Plaintiff's Motion for Order to Show Cause.

   **SO ORDERED**, this 5th day of April, 2022.

s/ Marc T. Treadwell
_____
MARC T. TREADWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT