# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| TIMOTHY GUMM, *et al.*, | ) |
| Plaintiffs, | ) |
| v. | ) CIVIL ACTION |
| BENJAMIN FORD, *et al.*, | ) NO. 5:15-CV-41-MTT-CHW |
| Defendants. | ) |

## ORDER

This matter is before the Court on Plaintiffs' motion for leave to file under seal (Doc. 347) Exhibits B and C, which are covered by the Court's protective order (Doc. 111). Having considered the law and facts, and for good cause shown, the motion is **GRANTED**. The Clerk is directed to file under seal Exhibits B and C.

**SO ORDERED**, this 19th day of May, 2022.

S/ Marc T. Treadwell

MARC T. TREADWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT