# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| TIMOTHY GUMM, *et al.*, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> BENJAMIN FORD, *et al.*, ) <br> ) <br> Defendants. ) | CIVIL ACTION <br><br> NO. 5:15-CV-41-MTT-CHW |

# ORDER GRANTING
# DEFENDANTS' MOTION FOR LEAVE
# TO FILE DOCUMENTS UNDER SEAL

Defendants seek leave from this Court to file under seal their Response to the Court's order dated April 27, 2022 directing Defendants' to audit the records of all inmates housed in the SMU, and to provide those results to the Court and Plaintiffs' counsel. (Doc. 343). After consideration of the motion, and the record in this case, Defendants' motion is GRANTED.

SO ORDERED, this 3rd day of June, 2022.

S/ Marc T. Treadwell
_____
MARC T. TREADWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT