IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| TIMOTHY GUMM, *et al.*, | ) |
| Plaintiffs, | ) |
| v. | ) CIVIL ACTION |
| BENJAMIN FORD, *et al.*, | ) NO. 5:15-CV-41-MTT-CHW |
| Defendants. | ) |

## ORDER

This matter is before the Court on Plaintiffs' motion for leave to file under seal Exhibits 1, 3 through 9, and 11 through 16 to Plaintiffs' Response to Defendants' First Quarterly Compliance Report (Doc. 366). Having considered the law and facts, and for good cause shown, the motion is **GRANTED**. The Clerk is directed to file under seal Exhibits 1, 3 through 9, and 11 through 16.

**SO ORDERED**, this 4th day of October, 2022.

S/ Marc T. Treadwell
MARC T. TREADWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT