IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| TIMOTHY GUMM, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 5:15-cv-41 (MTT) |
| ) | |
| SHAWN EMMONS, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## ORDER

This matter is before the Court on plaintiffs' unopposed motion to substitute existing class members Ricardo Daughtry and Abdullahi Mohammed as class representatives and to replace former class members Timothy Gumm and Robert Watkins. Doc. 425. The Court finds Mr. Daughtry and Mr. Mohammed are members of the certified class and meet the adequacy and typicality requirements of Fed. R. Civ. P. 23. Thus, the plaintiffs' motion (Doc. 425) is **GRANTED**. Existing class members Ricardo Daughtry and Abdullahi Mohammed hereby replace former class members Timothy Gumm and Robert Watkins as class representatives. Former members Timothy Gumm and Robert Watkins shall be terminated pursuant to Fed. R. Civ. P. 21 per plaintiffs' request. Doc. 425.

**SO ORDERED**, this 14th day of December, 2023.

S/ Marc T. Treadwell
MARC T. TREADWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT