IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| ABDULLAHI MOHAMED, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Case No. 5:15-cv-00041-MTT |
| | ) |
| SHAWN EMMONS, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## EMERGENCY MOTION FOR RELEASE OF FUNDS

Defendants Commissioner Tyrone Oliver ("Commissioner Oliver"), Ahmed Holt ("Assistant Commissioner Holt"), Benjamin Ford ("Ford"), Shawn Emmons ("Emmons"), Joe Williams ("Williams"), Dennis Turner ("Turner") and Flemister Wiley ("Wiley," and together with Commissioner Oliver, Assistant Commissioner Holt, Ford, Emmons, Williams and Turner, the "State") hereby submits this Emergency Motion for Release of Funds. In support of this Motion, the State provides the following:

1. In the Court's April 23, 2024, Revised Contempt Order, the Court imposed a monetary sanction against the State in the amount of $2,500 per day. (Doc. 485 at 100). The Court directed the State to "deposit into the registry of the Court the sum of $75,000 to secure the payment of the fine." (Id.). However, the Court indicated the State "may purge themselves of payment, and their deposit with interest shall be returned if they comply with the Court's injunction." (Id.).

2. During the May 22, 2025, evidentiary hearing, the Court found "the evidence established that [the State is] in substantial compliance." (Doc. 721 at 1). The Court confirmed the Injunction expired according to it terms. (Id.). Finally, the "Court will facilitate the return of

the fines deposited into the registry of the Court with interest upon expiration of the injunction." (Id. at 2).

3. The Injunction expired on May 28, 2025. (See Doc. 485 at 100 (finding that the "term shall expire six months after the appointment of the independent monitor"); Doc. 585 (appointing the independent monitor on October 7, 2024); Doc. 678 at 1 (extending the monitoring period "up to and including May 28, 2025")).

4. The State conferred with the Clerk of Court who referred them to the Court's finance office on May 30, 2025, regarding the release of the funds paid to date. The finance office informed the State it could not release the funds until receipt of an order from the Court. The finance office further informed the State that the federal payment system will potentially be inoperable during the entirety of the month of June, 2025. The finance office stated if it did not receive an order by early next week, it could not guarantee the return of the funds until July, 2025.

5. As the Internal Monitor testified during the May 14, 2025, evidentiary hearing, if the funds paid into the registry are not returned to the Georgia Department of Corrections ("GDC") by June 30, 2025, "GDC can't use that money on any GDC stuff. It goes back to the State of Georgia." (Doc. 719 at 200:10-14). In other words, if the funds are not returned to GDC by June 30, 2025, the funds will not be returned to GDC's budget. The funds paid to date out of GDC's budget total **$957,500**.

6. Thus, GDC will be prejudiced if the funds, with interest, are not immediately released due to the imminent closure of the federal payment system and the State's June 30, 2025, fiscal year cutoff.

7. Prior to filing this Motion, the State attempted to call Plaintiffs' counsel, but was unable to connect with them. Due to the emergent nature of the request, the State proceeded with the filing of this Motion to alert the Court as soon as possible.

WHEREFORE, PREMISES CONSIDERED, the State respectfully requests the Court enter an order directing the immediate release of the funds, with interest, to the State in order to avoid a potential delay due to the temporary closure of the federal payment system and to permit the funds to return to GDC directly.

Dated: May 30, 2025.

/s/ *William R. Lunsford*
William R. Lunsford
*One of the Attorneys for the State*

William R. Lunsford
Andrew T. Toler
Lynette E. Potter
**BUTLER SNOW LLP**
200 West Side Square
Suite 100
Huntsville, Alabama 35801
Telephone: (256) 936-5650
Facsimile: (256) 936-5651
bill.lunsford@butlersnow.com
andrew.toler@butlersnow.com
lynette.potter@butlersnow.com

James D. Garner (Bar No. 073845)
**BUTLER SNOW LLP**
577 Mulberry Street
Suite 1225
Macon, Georgia 31201
Telephone: (478) 238-1354
Facsimile: (478) 238-1351
jamie.garner@butlersnow.com

**CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the foregoing has been served upon all attorneys of record in this matter, including without limitation the following, by the Court's CM/ECF system on this 30th day of May, 2025:

| | |
|---|---|
| James F. Bogan III<br>C. Allen Garrett, Jr.<br>Tamara Serwer Caldas<br>Stephanie N. Bedard<br>**KILPATRICK TOWNSEND &<br>STOCKTON LLP**<br>1100 Peachtree Street NE<br>Suite 2800<br>Atlanta, Georgia 30309<br>Telephone: (404) 815-6500<br>Facsimile: (404) 816-6555<br>jbogan@ktslaw.com<br>agarrett@ktslaw.com<br>tcaldas@ktslaw.com<br>sbedard@ktslaw.com | Atteeyah Hollie<br>Alison Ganem<br>Ebony Brown<br>Benjamin Gunning<br>**SOUTHERN CENTER FOR HUMAN RIGHTS**<br>60 Walton Street NW<br>Atlanta, Georgia 30303<br>Telephone: (404) 688-1202<br>Facsimile: (404) 688-9440<br>ahollie@schr.org<br>aganem@schr.org<br>ebrown@schr.org<br>bgunnning@schr.org |

                                           /s/ *William R. Lunsford*
                                           Of Counsel