IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| RICARDO DAUGHTRY, et al., | * |
| Plaintiffs, | * |
| v. | Case No. 5:15-cv-41 (MTT) |
| | * |
| SHAWN EMMONS, et al., | |
| | * |
| Defendants. | |
| _____ | * |

## **J U D G M E N T**

Pursuant to the Order of this Court filed October 15, 2025, and for the reasons stated therein, JUDGMENT is hereby entered awarding attorneys' fees and expenses in the amount of $572,589.63.

This 15th day of October, 2025.

David W. Bunt, Clerk

s/ Raven K. Alston, Deputy Clerk